Connecticut Local Form Order B315                          Revised 05/2019

# United States Bankruptcy Court
## District of Connecticut



In re:    Brad F. Larkin

       Renee A. Larkin

       Debtor*

Case Number: 19-50164

Chapter: 13

### ORDER CONFIRMING FIFTH AMENDED CHAPTER 13 PLAN

    The above-named Debtor filed a Fifth Amended Chapter 13 Plan, on April 6, 2020 (ECF No. 73).  The Fifth Amended Plan or a previously filed plan was transmitted to the creditors pursuant to Federal Rule of Bankruptcy Procedure 3015(d).  The Court finds that the Fifth Amended Plan meets the requirements of 11 U.S.C. § 1325.  Accordingly, it is hereby

    **ORDERED:** The Debtor's Fifth Amended Plan is **CONFIRMED** with the following provisions:

    Payments shall be made to the Chapter 13 Standing Trustee (the "Trustee"), in the amount of $999.00 monthly beginning on May 10, 2020, for a period of 60 months, and until a 100.000% dividend is paid to creditors holding allowed unsecured claims; and it is further

    **ORDERED:** The student loans will be paid outside of the Plan; and it is further

    **ORDERED:** The Debtor is to obtain bank or certified checks or money orders drawn in the name of the Trustee and mail payments to the Trustee at the address below on or before each due date until further order of this Court.

**Mail Checks Payable to the Trustee to this Address**
Roberta Napolitano, Chapter 13 Standing Trustee
PO Box 610
Memphis, TN 38101-0610

    **ORDERED:** The Debtor's attorney is awarded attorney's fees in the amount of $3,190.00 and expenses in the amount of $310.00, of which $500.00, has been paid, leaving $3,000.00 due and payable through the Debtor's confirmed Fifth Amended Plan.

Dated:  April 13, 2020

BY THE COURT

*Julie A. Manning*
Chief United States Bankruptcy Judge
District of Connecticut

United States Bankruptcy Court
District of Connecticut
915 Lafayette Boulevard
Bridgeport, CT 06604

*For the purposes of this order, "Debtor" means "Debtors" where applicable.